UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/4/2023__

MIRIAM SCHER and ALTER HEILPRIN,

            Plaintiffs,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC. and AMERICAN EXPRESS CO.,

            Defendants.

20-CV-7224 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    On May 11, 2022, the Court issued an Order to Show Cause directing Miriam Scher and Alter Heilprin (together, "Plaintiffs") to show cause in writing on or before June 13, 2022 as to why their claims against Defendant American Express Co. should not be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). (ECF No. 23.) The Court expressly warned Plaintiff that failure to comply with the Court's show cause order would result in dismissal of this action for want of prosecution. (*Id.*) To date, the deadline expired more than a year ago, and Plaintiff has failed to respond to the Order to Show Cause and to communicate with the Court for over a year.[1]

    Accordingly, the Court DISMISSES without prejudice the above-captioned action for want of prosecution. The Clerk of the Court is directed to terminate this action, to mail a copy of this order to *pro se* Plaintiff at the address on ECF, and to show service on the docket.

    Dated:  August 4, 2023
              White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

[1] On May 11, 2022, Plaintiffs filed a notice of voluntary dismissal as to Defendant Experian Information Solutions, Inc., who had already been dismissed as a Defendant as of January 28, 2021. (ECF No 24.) Plaintiff did not file a notice of voluntary dismissal as to the only remaining defendant, American Express Co.